**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6695**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BARRY MCCORMICK, a/k/a Dut-lo,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Fayetteville.  Malcolm J. Howard, District Judge.  (CR-94-39-H)

---

Submitted:  September 25, 1997       Decided:  October 21, 1997

---

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Barry McCormick, Appellant Pro Se. Bruce Charles Johnson, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion to extend the appeal period under Fed. R. App. P. 4(a)(6). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm because Appellant's motion was untimely. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED